MICHELE BECKWITH
Acting United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

**FILED**
Jul 07, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: | ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |
|---|---|
| 13 digital devices and 3 pieces of unopened mail, recovered from a 2015 Mercedes-Benz C63 AMG S (VIN 55SWF8HB7FU081410) and currently located at the FBI's Sacramento Field Office, 2001 Freedom Way, Roseville, California 95678 | 2:25-sw-0100 SCR |
| 9332 Hoyleton Way, Elk Grove, CA 95758 | 2:25-sw-0197 CKD |
| The cellular telephone assigned call number 916-620-6868 | 2:25-sw-0310 AC |
| Information associated with AYMANALAARAJ@GMAIL.COM that is stored at premises controlled by GOOGLE LLC | 2:25-sw-0324 AC |
| White iPhone with associated call number (916) 620-6868, currently located at the FBI's Sacramento Field Office at 2001 Freedom Way, Roseville, California 95678 | 2:25-sw-0362 JDP |
| 2344 Arden Way, Suites A&B, Sacramento, CA 95825 | 2:25-sw-0506 JDP |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, unsealed.

Dated: July 7, 2025

_The Honorable Carolyn K. Delaney_
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS